IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DELILAH BUSBY,**

 *Plaintiff*,

v.              Case No.:   8:24-cv-02348-KKM-SPF

**EQUIFAX INFORMATION
SERVICES, LLC,**

 *Defendant*.
_____/

**NOTICE OF SETTLEMENT**

 COMES NOW, the Plaintiff, pursuant to Local Rule 3.09, and hereby files this Notice of Settlement.

Dated December 3, 2024,

               */s/ Christian E. Cok*
               Christian E. Cok, Esq.
               Florida Bar No. 1032167
               Tel: 813-321-2349
               CCok@Seraphlegal.com

               SERAPH LEGAL, P. A.
               2124 W. Kennedy Blvd. Suite A
               Tampa, FL 33606
               Fax: 855-500-0705
               *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 3, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I also certify that the foregoing document is being served this day to counsel for Defendant, via e-notice, email or US Postal mail.

                                                            */s/Christian E. Cok*
                                                            Christian E. Cok, Esq.
                                                            Florida Bar Number: 1032167